# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2628
_____

NATHAN A MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Angela D. Mason, Judge.

February 22, 2024

PER CURIAM.

AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.